# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BENJAMIN VIENT**                                                                              **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00942-KGB**

**WEHCO MEDIA**                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

It is so adjudged, this the 16th day of May 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge